# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00020-004          DATE: April 07, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 3:06:27 - 3:12:49

**APPEARANCES:**

Defendant: Won Yiel Lee      Attorney: Stephanie Flores
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Grace Flores
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**

- Financial Affidavit reviewed and accepted: Stephanie Flores appointed to represent the defendant.
- Continued Initial Appearance on an Indictment and Arraignment: April 9, 2008 at 9:45 a.m.
- Defendant released.

NOTES: