# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00020-004 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **WON YIEL LEE,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **STEPHANIE G. FLORES** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to March 21, 2008.

Dated this 7th day of April 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge