# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00020-004  DATE: April 09, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 10:14:38 - 10:21:15

**APPEARANCES:**

Defendant: Won Yiel Lee  Attorney: Stephanie Flores
☑Present ☐Custody ☐Bond ☑P.R.  ☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carmen O'Mallan
Interpreter: Sung W. Yoon  Language: Korean

**PROCEEDINGS: Continued Initial Appearance on an Indictment and Arraignment**
- Defendant waives reading of Indictment.
- Defendant sworn and examined.
- Plea entered: Not guilty
- Plea: Accepted.
- Trial is set for May 13, 2008 at 9:30 a.m.
- Defendant released as previously ordered by this Court.

NOTES: