# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: CR-08-00020-004            DATE: April 16, 2008

HON. ANITA A. SUKOLA, DesignatedJudge

Law Clerk: Sara Weber           Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos     Electronically Recorded: 1:09:30 - 1:28:38
Virginia T. Kilgore

**APPEARANCES:**

Defendant: Won Yiel Lee           Attorney: Stephanie G. Flores
☑Present ☐Custody ☐Bond ☐P.R.     ☑Present ☐Retained ☐FPD ☑CJA

U.S. Attorney: Karon Johnson           U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter: Korean           Language: Sung W. Yoon

**PROCEEDINGS: Change of Plea**
- Plea entered: Guilty
- Plea: Accepted.
- Status Hearing set for: 7/15/2008 at 9:30 AM
- Defendant released with conditions.

NOTES: