

wonleestp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 11 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>WON YIEL LEE,<br><br>                Defendant. | CRIMINAL CASE NO. 08-00020-04<br><br>**STIPULATED MOTION TO CONTINUE STATUS HEARING** |

      The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Stephanie Flores, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for July 15, 2008, and that it be continued for two (2) months, at a date and time to be selected by the court at it's convenience.

10 July 08
DATE

STEPHANIE FLORES
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

7/10/08
DATE

By: KARON V. JOHNSON
Assistant U.S. Attorney