

1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Street
4  Hagåtña, Guam  96910
   Telephone:  (671) 472-7332/7283
5  Telecopier:  (671) 472-7334

6  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 1 1 2008 mba

JEANNE G. QUINATA
Clerk of Court

7           IN THE UNITED STATES DISTRICT COURT

8              FOR THE TERRITORY OF GUAM

9  UNITED STATES OF AMERICA,      )    CRIMINAL CASE NO. 08-00020-04
                                  )
10                   Plaintiff,   )    **MOTION TO FILE JUSTIFICATION**
             vs.                  )    **UNDER SEAL**
11                                )
   WON YIEL LEE,                  )
12                                )
                     Defendant.   )
13 _____)

14        COMES NOW the United States of America, by and through undersigned counsel, and

15 moves this Honorable Court for an Order allowing it to file under seal its justification of the

16 parties' stipulation to continue the status hearing.  The government makes this motion for the

17 reasons set forth in detail in the justification.

18        RESPECTFULLY SUBMITTED this _____ day of July 2008.

19                              LEONARDO M. RAPADAS
                                United States Attorney
20                              Districts of Guam and NMI

21
                          By:
22                              KARON V. JOHNSON
                                Assistant U.S. Attorney
23

24

25

26

27

28