LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WON YIEL LEE, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 08-00020-04 <br><br> **O R D E R** |

**IT IS HEREBY ORDERED** that the justification for continuing the status hearing be filed under seal and remain sealed until the conclusion of the case.

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Jul 11, 2008**