1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagatna, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334

6  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00020-04 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO CONTINUE** |
| vs. | ) | **STATUS HEARING** |
| | ) | |
| WON YIEL LEE, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for July 15, 2008, is hereby rescheduled to September 16, 2008, at 2:30 p.m.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jul 11, 2008**