
ᗞ**ORIGINAL**

1 | wonleestp6

2 | LEONARDO M. RAPADAS
United States Attorney
3 | KARON V. JOHNSON
Assistant U.S. Attorney
4 | Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5 | Hagatna, Guam 96910
PHONE: 472-7332
6 | FAX: 472-7334

**FILED**
DISTRICT COURT OF GUAM

SEP 11 2008

JEANNE G. QUINATA
Clerk of Court

7 | Attorneys for the United States of America

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE TERRITORY OF GUAM

10 | UNITED STATES OF AMERICA,    ) CRIMINAL CASE NO. 08-00020-04
11 |                         Plaintiff,    )
12 |         vs.    ) **STIPULATED MOTION TO**
**VACATE STATUS HEARING**
**AND SET SENTENCING DATE**
13 | WON YIEL LEE,    )
14 |                         Defendant.    )

15 |         The parties in the above-entitled matter, the United States of America, and the defendant

16 | through his counsel, Stephanie Flores, hereby motion this Honorable Court to vacate the status

17 | hearing currently scheduled for September 16, 2008, and that a sentencing date be set.

18 |         The parties request that the Court calendar the sentencing date 90-days from the date of

19 | this filing so that a Presentence Report may be completed in this case

20 |

21 |

22 | _11 Sept 08_____    _____
          DATE                          STEPHANIE FLORES
23 |                                    Attorney for Defendant

24 |                                    LEONARDO M. RAPADAS
                                    United States Attorney
25 |                                    Districts of Guam and NMI

26 |

27 | _9/10/08_____    By: _____
          DATE                          KARON V. JOHNSON
28 |                                    Assistant U.S. Attorney