LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00020-004 |
| Plaintiff, | |
| vs. | **O R D E R**<br>**Vacating Status Hearing and**<br>**Setting Sentencing Date** |
| WON YIEL LEE, | |
| Defendant. | |

Based on the stipulation of parties filed September 11, 2008, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the status hearing scheduled for September 16, 2008, is vacated, and that sentencing is set for December 11, 2008, at 1:30 p.m. The draft presentence report shall be provided to the parties no later than November 6, 2008. The parties shall file their responses to the draft presentence report and sentencing positions no later than November 20, 2008. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than December 4, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 12, 2008